IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>　　　v. )<br>　　　　　　　　　　　　　　　)<br>RICHARD R. PROCHASKA, )<br>　　　Defendant(s), )<br>and )<br>　　　　　　　　　　　　　　　)<br>TRENTS, INC., )<br>aka: REZAZ RESTAURANT )<br>　　　Garnishee. ) | CASE NO. 1:01CV103-T<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

**THIS MATTER** is before the Court on motion of the United States for dismissal of the writ of garnishment issued herein.

For the reasons stated and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the writ of garnishment filed in this case against the Defendant Richard R. Prochaska is **DISMISSED**.

Signed: November 26, 2007

Lacy H. Thornburg
United States District Judge